THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Kenneth
 Whitmore, Appellant.
 
 
 
 
 

Appeal From Greenville County
Edward W. Miller, Circuit Court Judge

Unpublished Opinion No. 2009-UP-510
 Submitted October 1, 2009  Filed November
5, 2009    

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney
 General Salley W. Elliott, all of Columbia; and Solicitor Robert M. Ariail, of
 Greenville, for Respondent.
 
 
 

PER CURIAM: Kenneth
 Whitmore appeals his convictions for armed robbery and possession of a weapon
 during the commission of a violent crime.  Whitmore argues the trial court
 erred in denying his motion for a directed verdict because the victim's cross-racial
 identification of Whitmore was unreliable.  Whitmore also argues, pro se, the
 identification procedure employed by the police was so suggestive as to raise a
 substantial likelihood of irreparable misidentification.  After a thorough review of the record, counsel's brief,
 and Whitmore's pro se brief, pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.  
SHORT,
 WILLIAMS, and GEATHERS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.